THE MOORE LAW GROUP, A.P.C.
Sean M. Ambrose, Esq.
Nevada Bar No. 9496
823 Las Vegas Blvd S., Ste. 260
Las Vegas, NV 89101
Mailing Address
P.O. Box 25145
Santa Ana, CA 92799-5145
800-506-2652
sambrose@collectmoore.com

Attorneys for Defendant,
Duvera Billing Services, LLC dba
EasyPay Finance

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer C Marbach,<br><br>             Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC; Duvera Billing Services, LLC d/b/a EasyPay Finance; Check Into Cash,<br><br>             Defendants. | Case No. 2:19-cv-00397-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 45 DAYS (L.R. 6-1) (First Request)**<br><br>Complaint served: March 11, 2019<br>Current response date: April 1, 2019<br>New response date: May 20, 2019 |

Pursuant to Local Rule 6-1, Defendant, Duvera Billing Services, LLC dba EasyPay Finance ("Duvera"), and Plaintiff, Jennifer C Marbach, hereby submit this Stipulation to Extend Time to Respond to Initial than Complaint by not more 45 days.

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 45 DAYS
(LR. 6-1) – Case No. 2:19-cv-00397-JAD-NJK

The Complaint was served on March 11, 2019, and Duvera's current responsive due date was April 1, 2019. The parties hereby stipulate that Duvera's new responsive due date is May 20, 2019.

Duvera was not able to retain local counsel until after the expiration of the original response date.

Dated: April 23, 2019

The Moore Law Group, APC

By: /s/ Sean M. Ambrose

Sean M. Ambrose, Esq.
Attorneys for Defendant, Duvera Billing Services, LLC dba EasyPay Finance

Dated: April 23, 2019

Haines & Krieger, LLC

By: /s/ David H. Krieger

David H. Krieger, Esq.
Attorneys for Plaintiff, Jennifer C Marbach

IT IS SO ORDERED:

Defendant Duvera shall have an extension to respond to Plaintiff's Complaint no later than May 20, 2019.

DATED: April 29, 2019

United States Magistrate Judge

2