# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER C. MARBACH,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendant(s). | Case No.: 2:19-cv-00397-JAD-NJK<br>**ORDER** |

On June 13, 2019, a notice was filed of a settlement between Plaintiff and Equifax. Docket No. 10. Dismissal papers have not been filed. Accordingly, dismissal papers must be filed by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1